No. 251, Misc.   THOMPSON *v.* HEITHER ET AL.

*Per Curiam:* The appeal is dismissed.

No. 473.   HEISEY *v.* COUNTY OF ALAMEDA ET AL. *Per Curiam:* The appeal is dismissed for want of a substantial federal question.   MR. JUSTICE BLACK and MR. JUSTICE FRANKFURTER dissent.   THE CHIEF JUSTICE took no part in the consideration or decision of this case. *Henry C. Clausen* for appellant.   *Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Assistant Attorney General, and *J. F. Coakley* for Alameda County et al., and *Andrew F. Burke* for the Roman Catholic Welfare Corporation of San Francisco, appellees.

No. 474.   HORTON ET AL. *v.* HUMPHREY, SECRETARY OF THE TREASURY, ET AL. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed.   *James R. Sharp* and *Eugene F. Bogan* for appellants.   *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for appellees.